IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JAMAHL BUSSEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:23-cv-00330 |
| DFS SERVICES LLC, and ZWICKER & ASSOCIATES, PC, | ) |
| Defendants. | ) |

## SUGGESTION OF BANKRUPTCY

Defendant Discover Bank, improperly identified in the Complaint as DFS Services, LLC ("Discover" or "Defendant"), hereby notifies the Court that on November 28, 2023, Plaintiff Jamahl Bussey filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code, Case No. 23-20346, in the United States Bankruptcy Court for the Southern District of Texas. Discover requests that the Court stay all pending deadlines in this case.

Respectfully submitted this the 2nd day of January, 2024.

*/s/ Reid S. Manley*
Reid S. Manley (TX Bar #24047520)
*Attorney-in-Charge*

**BURR & FORMAN LLP**
420 North Twentieth Street, Suite 3400
Birmingham, Alabama 35203
T: (205) 251-3000
F: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
DISCOVER BANK

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following by directing same to their office addresses through first-class, United States mail, postage prepaid, on this the 2nd day of January, 2024:

James A. Foley
Ciment Law Firm, PLLC
1751 River Run Suite 280
Fort Worth, TX 76107
courtfilings@cimentlawfirm.com
james@cimentlawfirm.com
*Attorney for Plaintiff*

Manuel H. Newburger
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, TX 78731
mnewburger@bn-lawyers.com
*Attorney for Defendant*
*Zwicker & Associates, P.C.*

       */s/ Reid S. Manley*
       OF COUNSEL