United States District Court
Southern District of Texas
**ENTERED**
January 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMAHL BUSSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00330 |
| | § | |
| DFS SERVICES LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF BANKRUPTCY STAY

On January 2, 2024, Defendant Discover Bank, improperly identified in the Complaint as DFS Services, LLC, filed a Suggestion of Bankruptcy (D.E. 9), stating that Plaintiff has filed for relief under Chapter 13 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 362(a)(1), this matter is **STAYED** pending further order of the United States Bankruptcy Court lifting the automatic stay, closing or dismissing the bankruptcy proceeding, or granting or denying the Debtor's discharge in bankruptcy. 11 U.S.C. § 362(c), (d). The Court further **ORDERS** that this action be taken off the trial docket and that all pending motions be administratively terminated during the pendency of the stay.

**ORDERED** on January 2, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE