Case 2:23-cv-00330   Document 12   Filed on 02/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMAHL BUSSEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00330 |
| | § | |
| DFS SERVICES LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice and Stipulation of Dismissal of All Claims and Parties (D.E. 11), the Court enters final judgment dismissing this action with prejudice.

Ordered on     February 20, 2025     .

_____
Drew B. Tipton for
Nelva Gonzales Ramos
United States District Judge